## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | )   8:12CB5-TDT |
| | ) Violation No. 1752955 NE14 and 1752956 NE14 |
| vs. | ) |
| | ) |
| **PATRICK J. McDERMOTT,** | )   **O R D E R** |
| | ) |
| Defendant. | ) |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice and the warrants previously issued are hereby canceled.

ORDERED this 17th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
**United States Magistrate Judge**